

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Johnny Mendez Rodriguez,

Vs. No. 11-15-00167-CR

The State of Texas,

\* From the 106th District
Court of Dawson County,
Trial Court No. 13-7279.

\* November 19, 2015

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.